UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3160-JLS (JEM) | Date | August 11, 2022 |
|---|---|---|---|
| Title | David Carranza v. City of Costa Mesa, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF UNSERVED DEFENDANTS FOR LACK OF PROSECUTION**

On February 10, 2022, this action was commenced in the Superior Court for the County of Los Angeles. On May 6, 2022, this action was removed to this Court by the City of Costa Mesa (the "City").

More than ninety days have passed since the complaint was removed, and it appears that the City is the only defendant to have been served with the summons and complaint.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing no later than **August 26, 2022**, why the following Defendants should not be dismissed from this action for lack of prosecution: Sergeant Hoferitza, Officer J. Kim, Officer Trevino, Officer B. Hernandez, and Officer J. DeHuff.

If Plaintiff does not file a timely response, the Court will recommend that this action be dismissed against the unserved defendants for lack of prosecution. Plaintiff may show cause by effectuating service of the summons and complaint in accordance with Fed. R. Civ. P. 4 and filing proof thereof by the deadline.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

cc:     Parties

                                                                                                                                   _____ : _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-3160-JLS (JEM) | Date | August 11, 2022 |
|---|---|---|---|
| Title | David Carranza v. City of Costa Mesa, et al. | | |

Initials of Preparer     slo