JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARRANZA, | Case No. CV 22-3160-JLS (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| CITY OF COSTA MESA, ET AL., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: January 31, 2023

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE